DUNN *et al. v.* CAMPBELL, ordinary.

ATKINSON, J. Upon failure of the respondents to obey the judgment of mandamus dealt with in the case of *Dunn* v. *Campbell*, ante, 226. two of the respondents in an ancillary proceeding were adjudged in contempt of court. The judgment granting the mandamus absolute having been reversed, it is directed, on the return of the remittitur in that case, that the judgment in this case adjudging the respondents to be in contempt be vacated. *Ficklen* v. *Mayor & Council of Washington*, 141 *Ga.* 440 (81 S. E. 123).
                *Judgment affirmed, with direction. All the Justices concur.*
                NOVEMBER, 23, 1916.

Rule for contempt. Before Judge Fite. Murray superior court. October 26, 1916.

*D. W. Blair,* for plaintiffs in error.